RECEIVED
MAR 31 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIMON NICHOLAS RICHMOND,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WINCHANCE SOLAR FUJIAN<br>TECHNOLOGY CO. LTD., ET. AL.<br><br>　　　　　Defendants. | Case No.: 3:13-cv-01951-MLC-DEA<br><br>*Document Filed Electronically* |

[~~PROPOSED~~] ORDER GRANTING DEFENDANT WINCHANCE SOLAR
FUJIAN TECHNOLOGY CO. LTD.'S MOTION FOR LEAVE OF COURT
TO PERMIT ANDREW GRODIN AND MARC FRIEDMAN TO WITHDRAW

Before the Court is Defendant Winchance Solar Fujian Technology Co. Ltd's Motion to Withdraw. After careful consideration, and for good cause shown, the Court concludes that the Motion should be GRANTED.

It is therefore ORDERED that Andrew M. Grodin and Marc S. Friedman may withdraw as counsel of record for Defendant Winchance.

SO ORDERED.

Date  March 31  2014

_____
DOUGLAS E. ARPERT
United States Magistrate Judge

81519350\V-3

Winchance will have 21 days to obtain counsel, after which time it will be in default.